UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER A. PLUM, | Civil No. 24-4132 (JRT/DJF) |
| Petitioner, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| MICHAEL SEGAL, *Warden*, | |
| Respondent. | |

Jennifer A. Plum, address unknown, *pro se* petitioner.

Ana H Voss, Adam Hoskins, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Dulce Foster issued a Report and Recommendation on March 20, 2025. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon Judge Foster's Report and Recommendation, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner Jennifer A. Plum's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED AS MOOT**; and

2

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 14, 2025
at Minneapolis, Minnesota

                                                      s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                 United States District Judge